```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA        :        CRIMINAL ACTION
                                :
          v.                    :
                                :
ANDRE KAIRI EVANS               :        NO. 15-423
```

ORDER

AND NOW, this 4th day of November, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Andre Kairi Evans for modification of the conditions of his pretrial detention (Doc. # 13) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III_____
                              J.